COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-196-CR

 

FLOYD CHRISTOPHER WHITING                                             APPELLANT

 

                                                   V.

THE
STATE OF TEXAS                                                                STATE

                                               ----------

        FROM CRIMINAL DISTRICT COURT NO. 4 OF
TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have
considered AAppellant=s Motion
To Withdraw The Appeal.@ 
The motion complies with rule 42.2(a) of the rules of appellate
procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P.
42.2(a), 43.2(f). 

PER CURIAM

 

PANEL: 
LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: October 15, 2009











[1]See Tex. R. App. P. 47.4.